IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01209-PSF-MJW

DAVID BARKEY; and
ROBERT BRISTOL,

    Plaintiffs,

v.

CITY OF IDAHO SPRINGS, COLORADO,

    Defendant.

## ORDER OF RECUSAL

    The undersigned district judge must recuse himself from this case pursuant to 28 U.S.C. § 455 due to his ongoing buy-out arrangement with his former law firm, which is also a law firm for the plaintiffs, and the fact that his wife is a shareholder of that law firm. The Clerk of the Court is directed to reassign this case to another district judge by random draw.

    DATED: June 26, 2006

                                                        BY THE COURT:

                                                        *s/ Phillip S. Figa*

                                                        _____
                                                        Phillip S. Figa
                                                        United States District Judge