IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01209-WDM-MJW

DAVID BARKEY and
ROBERT BRISTOL,

Plaintiff(s),

v.

CITY OF IDAHO SPRINGS, COLORADO,

Defendant(s).

## MINUTE ORDER VACATING SETTLEMENT CONFERENCE

It is hereby ORDERED that Defendant's Unopposed Motion to Vacate
Settlement Conference (docket no. 14) is GRANTED finding good cause shown.  The
Settlement Conference set on December 5, 2006, at 10:00 a.m. is VACATED.  The
parties may request a new settlement conference be set by motion.

Date:  December 1, 2006